IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


MART VAN DINE,

                    Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                    Defendant.

3:10-cv-712-HU

ORDER


Merrill Schneider
SCHNEIDER LAW OFFICES
PO Box 14490
Portland, OR 97293

        Attorney for Plaintiff

Franco L. Becia
Assistant Regional Counsel
SOCIAL SECURITY ADMINISTRATION
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075

Adrian L. Brown
U.S. ATTORNEY'S OFFICE, DISTRICT OF OREGON

1 - ORDER

1000 S.W. Third Ave., Suite 600
Portland, OR 97204

      Attorneys for Defendants

HERNANDEZ, District Judge:

      Magistrate Judge Dennis James Hubel issued a Findings and Recommendation (doc. #25) on February 27, 2012, recommending that the final decision of the Social Security Commissioner (the "Commissioner") in connection with Plaintiff's applications for disability insurance benefits ("DI Benefits") under Title II of the Social Security Act (the "Act") and for supplemental security income disability benefits ("SSI Benefits") under Title XVI of the Act be reversed and remanded to the Commissioner for reconsideration.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles de novo, I find no error.

/ / /

/ / /

/ / /

2 - ORDER

**CONCLUSION**

The Court ADOPTS Magistrate Judge Hubel's Findings and Recommendation (doc. #25).  Accordingly, the Commissioner's final decision in connection with Plaintiff's applications for DI Benefits and SSI Benefits is reversed and remanded to the Commissioner for reconsideration.

IT IS SO ORDERED.

DATED this ___29th___ day of March, 2012.

/s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge