IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MART VAN DINE,

                Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                Defendant.

3:10-cv-00712-HU

ORDER

Merrill Schneider
SCHNEIDER LAW OFFICES
PO Box 14490
Portland, OR 97293

    Attorney for Plaintiff

Franco L. Becia
Assistant Regional Counsel
SOCIAL SECURITY ADMINISTRATION
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075

Adrian L. Brown
U.S. ATTORNEY'S OFFICE, DISTRICT OF OREGON

1 - ORDER

1000 S.W. Third Ave., Suite 600
Portland, OR 97204

  Attorneys for Defendants

HERNANDEZ, District Judge:

  Magistrate Judge Dennis James Hubel issued a Findings and Recommendation (doc. #32) on February September 19, 2012, recommending that plaintiff's motion for an award of attorney's fees (doc. #29) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $6,625.99 be granted.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and rule 72(b) of the Federal Rules of Civil Procedure.

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo.  United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made).  Having reviewed the legal principles de novo, I find no error.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2 - ORDER

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings and Recommendation (doc. #32). Plaintiff's motion for EAJA fees (doc. #29) in the amount of $6,625.99 is granted, and plaintiff is awarded attorney's fees in that amount.

IT IS SO ORDERED.

DATED this 16 day of OCT, 2012.

MARCO A. HERNANDEZ
United States District Judge

3 - ORDER